MARGARET M. SMITH, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Smith* v. *City of New York,* 177 App. Div. 899, affirmed.

(Argued March 12, 1918; decided April 2, 1918.)

APPEAL from a judgment, entered February 17, 1917, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. Plaintiff while walking on Franklin street in the city of Brooklyn stepped into a hole in the sidewalk, fell and received the injuries complained of. The city contended that, as a matter of law, a depression of so slight a depth as the one complained of was not obviously dangerous, and that the existence of a depression in a sidewalk of at most three and one-half inches at its deepest part, without unusual features or circumstances of danger being shown, does not import negligence on the part of the city.

*Edwin D. Webb* for appellant.

*William P. Burr,* Corporation Counsel (*William B. Carswell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and CARDOZO, JJ.